# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MARK ANTHONY ADELL,<br><br>                       Plaintiff,<br>v.<br><br>RANDALL HEPP, CHRIS KRUEGER, JOHN MAGGIONCALDA, LT. JOHN CONGDON, MARK SCHOMISCH, WISCONSIN DEPARTMENT OF CORRECTIONS, and JON LITSCHER,<br><br>                       Defendants. | Case No. 17-CV-267-JPS |
| MARK ANTHONY ADELL,<br><br>                       Plaintiff,<br>v.<br><br>STATE OF WISCONSIN DEPARTMENT OF CORRECTIONS and JON LITSCHER,<br><br>                       Defendants. | Case No. 17-CV-448-JPS<br><br>**ORDER** |

        On October 30, 2017, Plaintiff filed identical motions in each of the above-captioned cases. He requests a copy of the interim settlement reports filed by Defendants in each case. Those documents were filed under seal, pursuant to the Court's instructions in its scheduling orders. Although Defendants' certificates of service indicate that Plaintiff was mailed a copy of each settlement report, because his filings raise uncertainty as to whether

he received copies of each report, the Court will direct Defendants to send him another copy of each report.

In these motions, Plaintiff also requests the appointment of counsel to address matters of settlement. He presents no reason why he cannot attend to such issues himself other than to say that they "exceed his expertise and knowledge." The Court has explained to Plaintiff repeatedly that his lack of legal training or experience cannot itself form a basis for a decision to appoint counsel; otherwise, every indigent prisoner would likely be entitled to counsel in every civil case. *See Pruitt v. Mote*, 503 F.3d 647, 655 (7th Cir. 2007). This cannot be the rule, as willing and able counsel for such appointments are always in short supply. Plaintiff's requests for counsel in each case will again be denied.

Accordingly,

**IT IS ORDERED** that the following motions for additional copies of the interim settlement reports be and the same are hereby **GRANTED** as stated herein:

17-CV-267-JPS, Docket #33; and

17-CV-448-JPS, Docket #21; and

**IT IS FURTHER ORDERED** that Plaintiff's requests for appointment of counsel in each of the following cases be and the same is hereby **DENIED without prejudice**:

17-CV-267-JPS, Docket #33; and

17-CV-448-JPS, Docket #21.

Dated at Milwaukee, Wisconsin, this 1st day of November, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge